UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

v.

Yuenna Kwok

Case No. 3:24-mj-71540-MAG

Charging District's Case Number: 5:24-CR-315 (GTS).

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Northern District of New York. The defendant may need an interpreter for this language: Not Applicable.

The defendant is:

( ) will obtain an attorney.

( x ) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, Yuenna Kwok, forthwith, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 10/28/2024

_____
United States Magistrate Judge
PETER H. KANG